UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 11-1106-JST (ANx)                                            Date:  May 1, 2012
Title:  Robert Ritchie v. Argent Mortgage Co. LLC, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                 Not Present

**PROCEEDINGS:**     (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING LACK OF PROSECUTION

   On October 18, 2011, the Court vacated the Defendants' pending motions to dismiss, ordered the parties to engage in loan modification settlement proceedings, and otherwise stayed this action pending completion of such proceedings and the filing of a joint status report informing the Court as to the outcome. (Doc. 37.) On April 23, 2012, Defendants filed a status report informing the Court that, despite six loan modification readiness conferences before this Court, Plaintiff has failed to provide to Defendants all documents necessary to evaluate his loan modification. (Doc. 60 at 2.) Defendants further notified the Court that Plaintiff's counsel advised Defendants' counsel that he has not received the necessary loan modification documents from Plaintiff. (*Id.* at 3.) Plaintiff's failure to provide the necessary documents has required postponement of the loan modification settlement conference on two occasions. (*Id.* at 2.) As a result, the Attorney Settlement Officer directed counsel to notify the Court that the loan modification settlement proceedings have concluded without resolution. (*Id.* at 3.)

   The Court considers good faith participation in mandatory loan modification settlement proceedings to be part of the required prosecution of this matter. As set forth above, Plaintiff has failed to participate in those proceedings. Accordingly, Plaintiff is ordered to show cause in writing no later than **May 11, 2012**, as to why this matter should not be dismissed for lack of prosecution. The failure to respond by that date will result in this matter being administratively closed.

Initials of Preparer:  enm